UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DEXTER WILLIS

                              Plaintiff,

      vs                                            9:04-CV-1176

MICHAEL NALLY, et al.
                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                                      OF COUNSEL:

DEXTER WILLIS,
Plaintiff, pro se
140 Menahan St.
3-E
Brooklyn, NY 11221

Office of the United States Attorney - Syracuse    WILLIAM H. PEASE, ESQ.
100 South Clinton Street
Syracuse, NY 13261-7198

DAVID N. HURD
United States District Judge

## DECISION and ORDER

        Plaintiff brought this civil rights action pursuant to 42 U.S.C. § 1983.  On March 13, 2009, the Honorable Randolph F. Treece, United States Magistrate Judge, advised, by Report-Recommendation, that defendants' motion to dismiss be granted, and the complaint be dismissed in its entirety.  No objections to the Report-Recommendation were filed.

        Based upon a careful review of entire file and the recommendations of the Magistrate Judge, the Report-Recommendation is accepted in whole.  See 28 U.S.C. 636(b)(1).  Accordingly, it is

ORDERED that defendants' motion to dismiss is GRANTED and the complaint is DISMISSED in its entirety.

IT IS SO ORDERED.

United States District Judge

Dated: April 20, 2009

Utica, New York.